# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| DAVID GORDAN OPPENHEIMER, | § | |
| | § | |
| V. | § | CIVIL ACTION NO.   4:22-CV-358-ALM-KPJ |
| | § | |
| ANTHONY A. NGUYEN, DBA MONEY | § | |
| HUSTLER BLOG, AND LOP, INC. | § | |
| | § | |

## <u>ORDER OF DISMISSAL</u>

Pending before the Court is Plaintiff David Gordan Oppenheimer's Motion to Dismiss, wherein Plaintiff seeks to dismiss this action with prejudice. *See* Dkt. #32. Defendants Anthony A. Nguyen, dba Money Hustler Blog, and LOP, Inc., did not file a response.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id*. Federal Rule of Civil Procedure 41(a)(2) provides for dismissal by Court order at the plaintiff's request. *See* FED. R. CIV. P. 41(a)(2) (providing that "an action may be dismissed at the plaintiff's request, on terms that the [C]ourt considers proper.").

The Court finds that the terms of dismissal with prejudice, as requested by Plaintiff, are proper.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(2). Each party shall bear its own costs.

**IT IS SO ORDERED.**

**SIGNED this 20th day of February, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE